AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHARLES JOSEPH REEVIS

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| SPOKANE COUNTY SUPERIOR COURT, EASTERN STATE HOSPITAL, and US DEPARTMENT OF JUSTICE | ) ) ) ) |
| _Defendant_ |  |

Civil Action No.   2:26-cv-20-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑  other:  Pursuant to the Court Order at ECF No 6, this action is DISMISSED without prejudice pursuant to LCivR 41(b)(2). Judgment of Dismissal without prejudice is entered.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge Edward F. Shea.

Date:  5/19/2026

CLERK OF COURT

s/Sean F. McAvoy

_Signature of Clerk_